Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BELMONT HUGHES REALTY CORPORATION, Appellant, v. STEPHEN H. JACKSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEODORE DUDAR, Respondent, v. MILEF REALTY CORPORATION, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS FELDMAN v. HARRY SIEGEL, Individually and as Executor, etc., of HENRY SIEGEL, Deceased, Formerly Copartners, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MURRAY SIMONS and Others v. ABBEY ZURKOW.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 28, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MURRAY SIMONS and Others v. ABBEY ZURKOW.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE H. NEWHALL and Another, as Receivers, etc., v. C. I. KERNER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHOICE BUILDING CORPORATION v. R. O. W. REALTY CORPORATION and Others, Impleaded with ANTON LARSON & SON, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of LOUIS WEINBERG and JOSEPH LOEB to Compel ISRAEL A. NEEDLEMAN, an Attorney at Law, to Pay over Certain Moneys. — Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES W. CULKIN, Sheriff of the County of New York, and FRANKONIA, INC., v. DRAEGER SHIPPING COMPANY, INC.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARISH FOX POLEY v. JOSEPH WARREN, Police Commissioner of the City of New York, and Others.— Motion to